**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 251 WAL 2022

Respondent

v.

TYWAN ADAMS,

Petitioner

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.